UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
PHYLLIS CAMERON, et al.

        Plaintiffs,        16 Civ. 4357 (AJP)

   -against-

                                          **ORDER OF DISMISSAL ON CONSENT**

ISABELLA GERIATRIC CENTER, INC.,

        Defendants.
------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the settlement agreement reached by all parties (see Dkt. No. 69), and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs provided, however, that the Court retains jurisdiction pursuant to the terms of the settlement agreement. Any pending motions are to be terminated as moot and all conferences are cancelled. The Court finds the settlement to be fair and reasonable to the plaintiff under the Second Circuit's Cheeks decision. (See also Dkt. Nos. 59, 61, 64-66.)

        SO ORDERED.

DATED:     New York, New York
               October 31, 2017

                                                          _____
                                                            **Andrew J. Peck**
                                                            United States Magistrate Judge

Copies **ECF** to:     All Counsel

C:\ORD\DISMISS